# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
v.
**CHOROIN DEVONTEA SMITH**

☐ **Revocation** of Probation
■ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions

☐ **AMENDED REVOCATION JUDGMENT**
Date of Most Recent Judgment:

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **CR 20-2020-1**
USM Number: **13984-029**
**Jill M Johnston**
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation(s) **2, 4** of the term of supervision.

■ was found in violation of **1, 3a-b, 6** .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1** | **Possession of Firearm** | **05/07/2026** |
| **2** | **Communicate/Interact with Person Engaged in Criminal Activity** | **05/07/2026** |
| **3a-b** | **New Law Violation** | **05/07/2026** |
| **4** | **Travel Without Permission** | **05/07/2026** |
| **6** | **Possession of Ammunition** | **07/08/2026** |
| | | **07/17/2026** |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant was not found in violation of **5** and is discharged as to such violation(s).
☐ The Court did not make a finding regarding violation(s)

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**C.J. Williams, Chief Judge**
**United States District Court**
Name and Title of Judge

Signature of Judge

**September 9, 2026**
Date of Imposition of Judgment

September 10, 2026
Date

DEFENDANT: **CHOROIN DEVONTEA SMITH**
CASE NUMBER: **CR 20-2020-1**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **12 months and 1 day. It is ordered that this term of imprisonment be served consecutively to any term of imprisonment that may be imposed in the State of Mississippi, Kosciusko Municipal Court, Case No. 2026000241.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility in close proximity to the defendant's family which is commensurate with the defendant's security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **CHOROIN DEVONTEA SMITH**
CASE NUMBER: **CR 20-2020-1**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.